**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**DAVID KOPSZYWA**                                                                                    **PLAINTIFF**

**V.**                                                            **CIVIL ACTION NO. 1:06CV110 LTS-RHW**

**J.W.WEBB and
STATE FARM FIRE AND CASUALTY COMPANY**                          **DEFENDANTS**

### ORDER OF REMAND

In accordance with the Memorandum Opinion I have this day signed, it is

**ORDERED**

That the motion of Plaintiff David Kopszywa to remand [2] is hereby **GRANTED**;

That this action is hereby **REMANDED** to the Circuit Court of Harrison County, Mississippi;

That the Clerk of Court shall take the steps necessary to return this action to the court from which it was removed.

**SO ORDERED** this 14th day of August, 2006.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge